UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN YAN LUIS,

               Plaintiff,               23-cv-1352 (JGK)

     - against -                 ORDER

BLUE FOREST FARMS, LLC,

               Defendant.

---

    The summons and complaint in this action were served on the defendant on February 27, 2023 (ECF No. 5). Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time to answer was March 20, 2023.

    The time for the defendant to respond to the complaint is extended to **April 12, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
           March 28, 2023

                                           John G. Koeltl
                                       United States District Judge