```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KEVIN YAN LUIS,

                Plaintiff,

- against -

BLUE FOREST FARMS, LLC,

                Defendant.

23-cv-1352 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

On March 28, 2023, this Court extended the time for the defendant to answer to April 12, 2023. ECF No. 6. To date, no answer has been filed. The time to answer or respond is **extended to May 10, 2023.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

To ensure that the defendant, who has not yet appeared, is aware of the pending action, the plaintiff is directed to serve a copy of this Order on the defendant and to note such service on the docket by **April 28, 2023.**

SO ORDERED.

Dated:    New York, New York
            April 20, 2023

                                          John G. Koeltl
                                  **United States District Judge**