UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

KEVIN YAN LUIS,

                Plaintiff,

    - against -

BLUE FOREST FARMS, LLC,

                Defendant.
---

23-cv-1352 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **May 25, 2023.**

SO ORDERED.

Dated:    New York, New York
            May 10, 2023

                                            _____
                                              John G. Koeltl
                                    United States District Judge