UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YAN LUIS,

                Plaintiff,

     - against -

BLUE FOREST FARMS, LLC,

                Defendant.

---

23-cv-1352 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The deadline for the plaintiff to file its conditional dismissal order was extended to December 27, 2023. See ECF No. 20. To date, no conditional dismissal order has been filed.

    The deadline for the plaintiff to file its conditional dismissal order is extended to **January 26, 2024.** This is the final extension.

**SO ORDERED.**

Dated:    New York, New York
           January 12, 2024

                        John G. Koeltl
                United States District Judge